UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 09-2499

EUGENE STANSBERRY; MARCIA R. MEOLI,
Bankruptcy Trustee of the Estate of Eugene and
Deborah Stansberry,

        Plaintiffs - Appellants,

v.

AIR WISCONSIN AIRLINES CORPORATION,
        Defendant - Appellee.

> FILED
> *Jul 06, 2011*
> LEONARD GREEN, Clerk

Before:  MARTIN, NORRIS, and SILER, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's grant of summary judgment in favor of defendant Air Wisconsin Airlines Corporation is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

_____
Leonard Green, Clerk