## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 28, 2011

Ms. Tracey Cordes
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

      Re: Case No. 09-2499, *Eugene Stansberry, et al v. Air Wisconsin Airlines Corpora*
         Originating Case No. : 08-00158

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Louise Schwarber
              Case Manager
              Direct Dial No. 513-564-7015

cc: Mr. Raanon Gal
   Mr. William Frank Piper II
   Mr. Chad Allan Shultz

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 09-2499

_____

Filed: July 28, 2011

EUGENE STANSBERRY, an individual,

    Plaintiff - Appellant

and

MARCIA R. MEOLI, Bankruptcy Trustee of the Estate of Eugene and Deborah Stansberry,

    Plaintiff

v.

AIR WISCONSIN AIRLINES CORPORATION, a corporation,

    Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 07/06/2011 the mandate for this case hereby issues today.

COSTS: None